ORIGINAL

CV 05    3043

D. Peter Harvey (pro hac vice to be filed)
HARVEY SISKIND JACOBS LLP
4 Embarcadero Center, 39th Floor
San Francisco, California 94111
(415) 354-0100

FILED ELECTRONICALLY

IRIZARRY, J.

David H. Bernstein (DB 9564)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

Attorneys for Plaintiff Intel Corporation

MATSUMOTO, M.J.

FILED
IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.

★ JUN 24 2005 ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BROOKLYN OFFICE

—————————————————————————— x

INTEL CORPORATION,

          Plaintiff,

              v.

MOHAMMED A. SHAFIQ, doing business as
INTEL CONTRACTING CO.,

          Defendant.

**COMPLAINT FOR
DAMAGES AND
INJUNCTIVE RELIEF**

—————————————————————————— x

Plaintiff Intel Corporation ("Intel"), by its attorneys, alleges as follows:

## NATURE OF THE ACTION AND RELIEF SOUGHT

1.     This action arises from Defendant Mohammed Shafiq's use of a trade

name and service mark – INTEL CONTRACTING CO. – that incorporates and is legally

identical to one of the most famous trademarks in the world · ·· INTEL®. By combining

"Intel" with the generic words "Contracting Co.," Defendant is likely to cause confusion that Intel is the source or sponsor of Defendant's contracting services, or that there is an association or relationship between the companies. In addition, Defendant's acts are causing, and/or are likely to cause, dilution of the INTEL trademark. Consequently, Intel seeks injunctive relief and damages for injuries that have been, and will continue to be, caused by Defendant's use of the "Intel Contracting Co." trade name and service mark (collectively, the "INTEL CONTRACTING Mark") in violation of the Lanham Act (15 U.S.C. §§ 1051-1127 et seq.), Federal false designation of origin law (15 U.S.C. § 1125(a)), the Federal Trademark Dilution Act of 1995 (15 U.S.C. § 1125(c)), New York statutory trademark dilution law (N.Y. Gen. Bus. Law § 360-l), deceptive acts and practices under New York law (N.Y. Gen. Bus. Law § 360-o) and the common law doctrine of unfair competition.

## JURISDICTION AND VENUE

2.      This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1332, 1338 and 1367. Intel's claims are, in part, based on violations of the Lanham Act, as amended, 15 U.S.C. §§ 1051-1127. The Court has jurisdiction over the state law claims pursuant to 28 U.S.C. §§ 1332, 1338(b), and 1367.

3.      Venue lies in the Eastern District of New York pursuant to 28 U.S.C. § 1391(b) and (c). Intel is informed and believes that Defendant transacts business in this District and may otherwise be found here, and a substantial part of the events, omissions, and injuries giving rise to Intel's claims occurred in this District.

2

## THE PARTIES

4.      Plaintiff Intel is a Delaware corporation having its principal place of
business at 2200 Mission College Boulevard, Santa Clara, California.  Intel is widely
recognized as a world leader in high-technology products and services.  Intel's products
and services are sold worldwide and throughout the United States, including the Eastern
District of New York.

5.      Intel is informed and believes, and on that ground alleges, that Defendant
Mohammed A. Shafiq is an individual doing business as "Intel Contracting Co." at 504
Beverly Road, Brooklyn, New York 11218.  Intel is further informed and believes that
Defendant is conducting a general contracting business under said name within this
District.

## INTEL'S BUSINESS AND MARKS

6.      Intel develops, manufactures and sells a variety of computing,
communications, and Internet-related software and hardware products and related
services.  Intel's customers and/or ultimate purchasers have included individual
consumers, businesses, schools, computer manufacturers, industrial manufacturers,
telecommunications equipment manufacturers, the government, the aircraft industry and
the military.  In addition, Intel offers a variety of hardware and software solutions for
improving the efficiency and productivity of businesses via enhanced supply chain and
infrastructure management products and services.

3

7.     For nearly 35 years, Intel has used INTEL as a trade name, trademark and service mark throughout the United States and the world to identify virtually its entire line of products and services.  INTEL is one of the most valuable and respected names and trademarks in the world, and among the most famous names and trademarks in the technology industry.  As early as 1993, Financial World ranked the INTEL brand as third, behind Coca-Cola and Marlboro.  Similarly, from 1996 to the present, Fortune Magazine has annually celebrated Intel as one of the top ten "Most Admired Corporations in America" – an honor Intel has shared alongside such companies as General Electric, Microsoft and Coca-Cola.  In 2004, the INTEL brand was ranked fifth in Interbrand's World's Most Valuable Brands Survey, with an estimated value of $33.5 billion.

8.     Intel uses INTEL as its "house mark" on or in connection with virtually every product and service it sells.  In 2004 alone, Intel sold over $34.2 billion of INTEL branded goods and services and, in the decade ending with 2004, Intel sold over $268 billion of products and services under the INTEL name and mark.   In addition, Intel sells directly to the public, through its website at www.theintelstore.com, a variety of non-technology related goods under its INTEL brand, including clothing, accessories, toys, stationary, luggage and traveling gear, watches, key rings, pens and pencils, mugs and water bottles.

9.     Intel has for some time focused its efforts on encouraging consumers to create, adopt and use Intel architecture products within the home.  In May, 2003, for

4

example, Intel co-founded the Digital Living Network Alliance (DLNA – formerly the Digital Home Working Group). As one of the founders and strong supporters of the DLNA, Intel is among those leading the effort to converge PC, consumer electronics (CE), and mobile technologies in the home. The DLNA believes that it is important for leaders within the PC, CE and mobile industries to stay aligned on digital interoperability, so that the innovative consumer products they deliver can function not just side-by-side, but in concert. Illustrating the importance of digital home technology within Intel's business plan, one of Intel's operating units is the Intel Digital Home Group, formed to maximize business opportunities for Intel architecture products in personal and business computer systems and services, digital home entertainment, and other content delivery systems and services.

    10.    Intel is the owner of numerous U.S. trademark registrations for the mark INTEL, including the following:

        a.    Intel is the owner of U.S. Trademark Registration Nos. 914,978 and 938,772 issued on June 15, 1971 and July 25, 1972, respectively, for the mark INTEL for use in connection with integrated circuits, registers and semiconductor memories and equipment for the testing and programming thereof. These registrations, duly and legally issued by the United States Patent and Trademark Office, are valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. Copies of these registrations are attached hereto as Exhibits A and B.

5

        b.      Intel is the owner of U.S. Trademark Registration No. 939,641

issued on August 1, 1972 for the mark INTEL for use in connection with integrated

circuits, registers, and semiconductor memories. This registration, duly and legally

issued by the United States Patent and Trademark Office, is valid, subsisting, and

incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®,"

with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is

attached hereto as Exhibit C.

        c.      Intel is the owner of U.S. Trademark Registration No. 1,022,563,

issued on October 14, 1975, for the mark INTEL for use in connection with

microcomputers, microcontrollers, and microprocessors. This registration, duly and

legally issued by the United States Patent and Trademark Office, is valid, subsisting, and

incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®,"

with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is

attached hereto as Exhibit D.

        d.      Intel is the owner of U.S. Trademark Registration No. 2,171,778,

issued on July 7, 1998, for the mark INTEL for use in connection with, among other

things, computer operating system software, computer hardware, integrated circuits,

integrated circuit chips, microprocessors, printed circuit boards, video circuit boards,

audio-video circuit boards, video graphic accelerators, multimedia accelerators, video

processors, computer hardware and software for the development, maintenance, and use

of interactive audio-video computer conference systems, and computer hardware and

software for the receipt, display and use of broadcast video, audio and data signals. This

6

registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit E.

        e.      Intel is the owner of U.S. Trademark Registration No. 2,446,693, issued on April 24, 2001, for the mark INTEL for use in connection with, among other things, computers, computer hardware, software for use in operating and maintaining computer systems, microprocessors, integrated circuits, computer chipsets, computer motherboards, computer graphics boards, computer networking hardware, computer peripherals, video apparatus, video circuit boards, apparatus and equipment for recording, processing, receiving, reproducing, transmitting, modifying, compressing, decompressing, broadcasting, merging and/or enhancing sound, video images, graphics, and data, electronic control boxes for the interface and control of computer and global computer networks with television and cable broadcast equipment, video conferencing equipment, computer programs for recording, processing, receiving, reproducing, transmitting, modifying, compressing, decompressing, broadcasting, merging, and/or enhancing sound, video, images, graphics, and data, and video conferencing equipment. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit F.

        f.      Intel is the owner of U.S. Trademark Registration No. 2,462,327, issued on June 19, 2001, for the mark INTEL for use in connection with, among other

things, digital cameras and PC cameras, computer hardware and software for use in imaging and photographic applications; CD ROMs for imaging and photographic applications, imaging sensors; interactive multimedia computer game programs, and interactive video game programs. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit G.

        g.     Intel is the owner of U.S. Trademark Registration No. 2,585,551, issued on June 25, 2002, for the mark INTEL for use in connection with, among other things, computer services including computer web site design services, development of interactive web pages, development of local and wide area computer networks, computer diagnostic services, provision of electronic information services, electronic bulletin board services, computer hardware, installation and repair services and education services in the field of computers. This registration, duly and legally issued by the United States Patent Office, is valid and subsisting. Intel uses the notice of registration "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit H.

        h.     Intel is the owner of U.S. Trademark Registration No. 2,365,149, issued on July 4, 2000, for the mark INTEL for use in connection with financing services. This registration, duly and legally issued by the United States Patent Office, is valid and subsisting. Intel uses the notice of registration "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit I.

     i.  Intel is the owner of U.S. Trademark Registration No. 2,444,762,
issued on April 17, 2001, for the mark INTEL for use in connection with, among other
things, leasing of computer equipment, leasing of office furniture, and leasing of office
equipment. This registration, duly and legally issued by the United States Patent Office,
is valid and subsisting. Intel uses the notice of registration "®," with its INTEL mark
pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit J.

     j.  Intel is the owner of U.S. Trademark Registration No. 1,573,324,
issued on December 26, 1989, for the mark INTEL for use in connection with printed
material, namely, technical manuals, pamphlets, user and product manuals, all of which
relate to the field of information and data technology and semiconductor devices. This
registration, duly and legally issued by the United States Patent and Trademark Office, is
valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of
registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this
registration is attached hereto as Exhibit K.

     k.  Intel is the owner of U.S. Trademark Registration No. 1,723,243,
issued on October 13, 1992, for the mark INTEL for use in connection with metal key
rings, watches, note paper, note cards, posters, microprocessor chip die plot prints as art
prints, pencils, ball point pens, ink pens and stationery folders; plastic key chain tags;
mugs and water bottles sold empty, jigsaw puzzles, golf balls, golf tees and golf ball
markers. This registration, duly and legally issued by the United States Patent and
Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.

Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. §
1111. A copy of this registration is attached hereto as Exhibit L.

l.      Intel is the owner of U.S. Trademark Registration No. 1,725,692,
issued on October 20, 1992, for the mark INTEL for use in connection with, among other
things, sport bags, gym bags and carry-on bags; towels, and clothing. This registration,
duly and legally issued by the United States Patent and Trademark Office, is valid,
subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of
registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this
registration is attached hereto as Exhibit M.

m.      Intel is the owner of U.S. Trademark Registration No. 2,194,121
issued on October 6, 1998, for the mark INTEL for use in connection with printed
materials, namely, books, magazines, newsletters, journals, operating manuals, users
guides, pamphlets, and brochures about, for use with and directed to users of, computer
operating system software; computer operating programs; computer system extensions;
computer system tools; computer system utilities; computer application software;
computer firmware; computer hardware; computer peripherals; computer components;
integrated circuits; integrated circuit chips; semiconductor processors; semiconductor
processor chips; microprocessors; printed circuit boards; electronic circuit boards;
computer memory devices; semiconductor memory devices; video circuit boards; audio
circuit boards; audio-video circuit boards; video graphic accelerators; multimedia
accelerators; video processors; fax/modems; computer hardware and software for the
transmission and receipt of facsimiles; computer hardware and software for the

10

development, maintenance, and use of local and wide area computer networks; computer hardware and software for the development, maintenance, and use of interactive audio-video computer conference systems; computer hardware and software for the receipt, display, and use of broadcast video, audio, and digital data signals; and computer hardware and software for development, testing, programming, and production of hardware and software. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit N.

            n.      Intel is the owner of U.S. Trademark Registration No. 2,251,962 issued on June 8, 1999, for the mark INTEL for use in connection with clocks, belt buckles, jewelry, charms, cuff links, earrings, key chains, necklaces, bracelets, necktie fasteners, lapel pins, money clip pendants, piggy banks, tie pins, trophies and watches. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit O.

            o.      Intel is the owner of U.S. Trademark Registration No. 2,251,961 issued on June 8, 1999, for the mark INTEL for use in connection with binders, bookends, boxes for pens, calendars, tablets, note cards and playing cards, self-adhesive pads, desk pads, and calendar pads, pens, pencils, folders, paperweights, pen and pencil holders, photograph stands, rulers, erasers, markers, desk sets, and desk organizers. This

registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit P.

          p.      Intel is the owner of U.S. Trademark Registration No. 2,250,491 issued on June 1, 1999, for the mark INTEL for use in connection with travel bags, luggage, school bags, back packs, beach bags, duffel bags, fanny packs, and umbrellas. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit Q.

          q.      Intel is the owner of U.S. Trademark Registration No. 2,254,525 issued on June 15, 1999, for the mark INTEL for use in connection with T-shirts, shirts, beachwear, loungewear, sweaters, sweatshirts, sweat suits, coveralls, jackets, ties, headwear, cardigans, gym suits, hats, jogging suits, neckties, polo shirts, scarves and infant rompers. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit R.

          r.      Intel is the owner of U.S. Trademark Registration No. 2,261,531 issued on July 13, 1999, for the mark INTEL for use in connection with toys, namely, stuffed toys, toys, plush toys, dolls, bean bags, games, namely board games, stand alone video games, and Christmas tree ornaments. This registration, duly and legally issued by

the United States Patent and Trademark Office, is valid and subsisting. Intel uses the
notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy
of this registration is attached hereto as Exhibit S.

      s.    Intel is the owner of U.S. Trademark Registration No. 2,276,580
issued on September 7, 1999 for the mark INTEL for use in connection with mugs and
sports bottles. This registration, duly and legally issued by the United States Patent and
Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with
its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached
hereto as Exhibit T.

      11.    In addition to using INTEL as a trade name and a trademark, Intel also
owns a family of trademarks that incorporate INTEL as a prominent component of the
mark. For example, in late 1991, Intel developed and launched a cooperative advertising
and licensing program referred to as the "Intel Inside Program." As part of this program,
Intel adopted and began to use the trademarks INTEL INSIDE and INTEL INSIDE &
SWIRL Logo, and to license this use to PC manufacturers for products such as personal
desktop computers, laptop computers and workstations that were designed with genuine
Intel microprocessors. Among Intel's many thousands of OEMs ("Original Equipment
Manufacturers" – a.k.a. personal computer manufacturers) licensees worldwide are giants
of the computer industry such as Dell, Gateway, Hewlett-Packard, IBM, and Sony. As
early as 1992, Intel invested $50 million for advertising to support this very successful
licensing and cooperative advertising program. Following the creation and launch of the

13

Intel Inside Program, Intel launched its famous PENTIUM trademark in late 1992 and early 1993, with a well-publicized campaign supported by additional extensive advertising by Intel and its licensees. The INTEL and INTEL INSIDE trademarks were prominently associated with the launch of the PENTIUM mark. Since the Intel Inside program's launch, Intel's OEM licensees have advertised and sold billions of dollars worth of computer products bearing the INTEL INSIDE & SWIRL Logo mark. Intel itself has spent billions of dollars advertising the INTEL and INTEL INSIDE marks. In fact, in 2003 alone, Intel spent approximately $1.8 billion on advertising. Through extensive advertising and promotion by Intel and its licensees, advertisements reflecting the INTEL and INTEL INSIDE marks have created millions of impressions.

      12.    Intel is the owner of numerous U.S. trademark registrations for the mark INTEL INSIDE, including the following:

      a.    Intel is the owner of U.S. Registered Trademark No. 1,702,463, issued on July 21, 1992, for the INTEL INSIDE & SWIRL Logo for use in connection with microprocessors. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL INSIDE & SWIRL Logo mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit U.

      b.    Intel is the owner of U.S. Trademark Registration No. 1,705,796, issued on August 4, 1992, for the mark INTEL INSIDE for use in connection with

14

microprocessors. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL INSIDE mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit V.

        c.     Intel is the owner of U.S. Registered Trademark No. 2,179,209, issued on August 4, 1998, for the INTEL INSIDE mark for use in connection with various computer related products, including computer operating system software, computer operating programs, audio and video graphics, computer firmware, computer hardware, integrated circuits, microprocessors, printed circuit boards, computer memory devices, video circuit boards, audio-video circuit boards, video graphic accelerators, video processors, computer hardware and software for the development, maintenance, and use of local and wide area computer networks, computer hardware and software for the development, maintenance, and use of interactive audio-video computer conference systems, and computer hardware and software for the receipt, display, and use of broadcast video, audio, and digital data signals. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL INSIDE & SWIRL Logo mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit W.

        d.     Intel is the owner of U.S. Registered Trademark No. 2,188,280 issued on September 8, 1998, for the INTEL INSIDE & SWIRL Logo for use in connection with computer products including computer operating system software, computer operating programs, audio and video graphics, computer hardware, integrated

circuits, microprocessors, printed circuit boards, electronic circuit boards, computer memory devices, video circuit boards, audio-video circuit boards, video graphic accelerators, multimedia accelerators, video processors, computer hardware and software for the development, maintenance, and use of interactive audio-video computer conference systems, and computer hardware and software for the receipt, display, and use of broadcast video, audio, and digital data signals. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL INSIDE & SWIRL Logo mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit X.

        c.     Intel is the owner of U.S. Trademark Registration No. 2,451,273, issued on May 15, 2001, for the INTEL INSIDE & SWIRL Logo for use in connection with products including computers, computer hardware, software for use in operating and maintaining computer systems, microprocessors, integrated circuits, computer peripherals and electronic apparatus for use with computers, video apparatus, video circuit boards, apparatus and equipment for recording, processing, receiving, reproducing, transmitting, modifying, compressing, decompressing, broadcasting, merging and/or enhancing sound, video images, graphics, and data, and computer programs for recording processing, receiving, reproducing, transmitting, modifying, compressing, decompressing, broadcasting, merging, and/or enhancing sound, video, images, graphics, and data. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL INSIDE &

SWIRL Logo mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit Y.

        f.      Intel is the owner of U.S. Trademark Registration No. 2,198,880 issued on October 20, 1998, for the mark INTEL INSIDE for use in connection with printed materials, namely, books, magazines, newsletters, journals, operating manuals, users guides, pamphlets, and brochures about, for use with, and directed to users of, computer operating system software; computer operating programs; computer system extensions; computer system tools; computer system utilities; computer application software; computer firmware; computer hardware; computer peripherals; computer components; integrated circuits; integrated circuit chips; semiconductor processors; semiconductor processor chips; microprocessors; printed circuit boards; electronic circuit boards; computer memory devices; semiconductor memory devices; video circuit boards; audio circuit boards; audio-video circuit boards; video graphic accelerators; multimedia accelerators; video processors; fax/modems; computer hardware and software for the transmission and receipt of facsimiles; computer hardware and software for the development, maintenance, and use of local and wide area computer networks; computer hardware and software for the development, maintenance, and use of interactive audio-video computer conference systems; computer hardware and software for the receipt, display, and use of broadcast video, audio, and digital data signals; and computer hardware and software for development, testing, programming, and production of hardware and software. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration,

"®," with its INTEL INSIDE mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit Z.

g.      Intel is the owner of U.S. Trademark Registration No. 2,261,580 issued on July 13, 1999, for the mark INTEL INSIDE for use in connection with toys, namely, stuffed toys, plush toys, dolls, bean bags, games, namely, board games, stand alone video games, and Christmas ornaments. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL INSIDE mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit AA.

h.      Intel is the owner of U.S. Trademark Registration No. 2,256,061 issued on June 22, 1999, for the mark INTEL INSIDE for use in connection with mugs and sports bottles. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL INSIDE mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit BB.

i.      Intel is the owner of U.S. Trademark Registration No. 2,252,046 issued on June 8, 1999, for the mark INTEL INSIDE for use in connection with T-shirts, shirts, beachwear, loungewear, sweatshirts, sweat suits, coveralls, jackets, ties, headwear, cardigans, gym suits, hats, jogging suits, neckties, polo shirts and infant rompers. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL INSIDE

mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit CC.

           j.      Intel is the owner of U.S. Trademark Registration No. 2,289,657 issued on October 26, 1999, for the mark INTEL INSIDE for use in connection with binders, boxes for pens, tablets, note cards and playing cards, self-adhesive pads, desk pads, and calendar pads, pens, pencils, folders, photograph stands, rulers, and markers. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL INSIDE mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit DD.

           k.      Intel is the owner of U.S. Trademark Registration No. 2,289,658 issued on October 26, 1999, for the mark INTEL INSIDE for use in connection with clocks, jewelry, charms, cuff links, earrings, key chains, necklaces, bracelets, necktie fasteners, lapel pins, money clips, pendants, tie slides and watches. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL INSIDE mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit EE.

           l.      Intel is the owner of U.S. Trademark Registration No. 2,547,565 issued on March 12, 2002, for the mark INTEL INSIDE & SWIRL Logo for use in connection with computer-related and communications-related services, namely, support and consulting services for computer-related and communications-related goods;

providing information in the field of computer technology via the global computer network; providing on-line publications, namely, books, brochures, white papers, catalogs and pamphlets in the fields of computer and information technology; designing and developing standards for others in the design and implementation of computer software, computer hardware and telecommunications equipment; computer software, computer hardware and network design services. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL INSIDE & SWIRL Logo mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit FF.

           m.      Intel is the owner of U.S. Trademark Registration No. 2,194,122 issued on October 6, 1998, for the mark INTEL INSIDE & SWIRL Logo for use in connection with printed materials, namely, books, magazines, newsletters, journals, operating manuals, users guides, pamphlets, and brochures about, for use with and directed to users of, computer operating system software; computer operating programs; computer system extensions; computer system tools; computer system utilities; computer application software; computer firmware; computer hardware; computer peripherals; computer components; integrated circuits; integrated circuit chips; semiconductor processors; semiconductor processor chips; microprocessors; printed circuit boards; electronic circuit boards; computer memory devices; semiconductor memory devices; video circuit boards; audio circuit boards; audio-video circuit boards; video graphic accelerators; multimedia accelerators; video processors; fax/modems; computer hardware

and software for the transmission and receipt of facsimiles; computer hardware and software for the development, maintenance, and use of local and wide area computer networks; computer hardware and software for the development, maintenance, and use of interactive audio-video computer conference systems; computer hardware and software for the receipt, display, and use of broadcast video, audio, and digital data signals; and computer hardware and software for development, testing, programming, and production of hardware and software. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL INSIDE & SWIRL Logo mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit GG.

13.     Intel owns many other trademark registrations for its family of INTEL-based marks. These include: INTEL STRATAFLASH, INTEL INSIDE PENTIUM PROCESSOR & DESIGN, INTEL SPEEDSTEP, INTEL XEON, INTEL INSIDE XEON and INTEL INSIDE PENTIUM !!! & DESIGN, INTEL XSCALE, INTEL NETMERGE, INTEL NETSTRUCTURE, and INTEL NETBURST. Copies of these registrations or evidence thereof are attached hereto as Exhibits HH through QQ.

14.     Through its extensive use of the INTEL mark and trade name, Intel also owns common law trademark rights in its INTEL trademark and trade name for all of the goods and services and activities identified herein.

15.     Intel maintains an Internet site on the World Wide Web at the address http://www.intel.com. Intel has used its trade name and trademark as an Internet address in order to make it easy for customers to locate Intel's web site, and to identify that the web site is owned by Intel. Intel's web site features the INTEL mark, INTEL INSIDE mark, INTEL INSIDE & SWIRL Logo mark and Intel's many other INTEL composite marks.

16.     As a consequence of the extensive sales under, and advertising, promotion, and use of the INTEL and INTEL composite marks, Intel has developed enormous recognition for its computer products and services under the INTEL mark and has acquired and enjoys an immensely valuable reputation and tremendous goodwill under the mark. Courts, trademark offices and tribunals around the world, from Belarus, Chile, China and the European Union's Office for Harmonization of the Internal Market ("OHIM"), to the United Kingdom, the United States and Venezuela, have repeatedly determined that the INTEL mark is one of the most famous and well-recognized in the world. The INTEL mark is world renowned, and is a "famous" mark for purposes of 15 U.S.C. § 1125(c)(1).

## DEFENDANT'S BUSINESS

17.     Intel is informed and believes, and on that basis alleges, that Defendant is an individual, engaged in a general contracting business in Brooklyn, New York. On Intel's information and belief, Defendant filed to register "Intel Contracting Co." as an Assumed Business Name on June 28, 2000. On Intel's further information and belief,

22

Defendant has been using "Intel Contracting Co." as a fictitious business name, trade name and service mark for its services throughout the metropolitan New York area and in interstate commerce.

18.     Defendant's INTEL CONTRACTING Mark is legally identical to the INTEL mark because it incorporates the famous and distinctive INTEL mark together with the words "contracting company," which are generic when used in connection with Defendant's general contracting services. The INTEL mark and the dominant portion of INTEL CONTRACTING CO. (i.e. "INTEL") are identical in sight, sound, and commercial impression.

19.     Defendant's use of the INTEL CONTRACTING Mark is likely to cause confusion as to whether Defendant's services originate from or are sponsored by Intel, or whether there is an association or affiliation between Defendant and Intel. Defendant's acts also are diluting and likely to dilute the famous INTEL trademark by whittling away its unique source identifying quality. Commencing in February, 2004, Intel has made several efforts to contact Defendant to clarify the nature of his use of the INTEL CONTRACTING Mark and Intel's legitimate business concerns about consumer confusion and trademark dilution arising out of that use. Intel's counsel's letters to Defendant of February 27, March 26, May 26, August 4, and October 15, 2004, and of March 16, and June 6, 2005 were unanswered. Telephone calls to Defendant on November 24 and December 2, 2004, and follow up calls on March 14 and March 28, 2005 were not returned. Despite Intel's numerous attempts to explain its position and

23

amicably resolve this dispute over many months, Defendant has persisted in using the INTEL CONTRACTING Mark and has refused voluntarily to change it, leaving Intel no choice but to file this Complaint.

## FIRST CAUSE OF ACTION
(Infringement of Registered Trademark Under Section 32
of the Lanham Act, 15 U.S.C. § 1114)

20.     Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1 through 19 of this Complaint.

21.     Defendant either had actual notice and knowledge, or had constructive notice, of Intel's ownership and registrations of the INTEL mark pursuant to 15 U.S.C. § 1072 prior to its adoption and use of the INTEL CONTRACTING Mark.

22.     Upon information and belief, Defendant was aware of Intel's business and its INTEL mark and registrations prior to the adoption and use of the INTEL CONTRACTING Mark in connection with the distribution or sale of Defendant's services under the INTEL CONTRACTING Mark.

23.     Upon information and belief, Defendant deliberately and willfully used and is using the INTEL CONTRACTING Mark in connection with the distribution or sale of Defendant's services in an attempt to trade on the enormous goodwill, reputation, and selling power established by Intel under the INTEL mark.

24

24.     Upon information and belief, Defendant has distributed and sold, or caused to be distributed and sold, services under the INTEL CONTRACTING Mark within the State of New York and in business directories available in interstate commerce.

25.     Upon information and belief, the services distributed or sold by Defendant under the INTEL CONTRACTING Mark are moving and will continue to move through some of the same channels of trade, and are being marketed or advertised and will continue to be distributed and sold through some of the same channels of distribution and sale, and to the same consumers, as Intel's goods and services that are sold and promoted under the INTEL and INTEL composite marks.

26.     Intel has not consented to Defendant's use of the INTEL CONTRACTING Mark.

27.     Defendant's unauthorized use of the INTEL CONTRACTING Mark falsely indicates to consumers that Defendant's services are in some manner connected with, sponsored by, affiliated with, or related to Intel, Intel's licensees, and the products and services of Intel and Intel's licensees.

28.     Defendant's unauthorized use of the INTEL CONTRACTING Mark also causes consumers to be confused as to the source, nature and quality of the services that Defendant is promoting or selling.

25

29.     Defendant's unauthorized use of the INTEL CONTRACTING Mark in connection with the distribution or sale of its services allows, and will continue to allow, Defendant to receive the benefit of the goodwill established at great labor and expense by Intel and to gain acceptance of Defendant's services, not based on the merits of those services, but on Intel's reputation and goodwill.

30.     Defendant's unauthorized use of the INTEL CONTRACTING Mark in connection with the distribution or sale of its services deprives Intel of the ability to control the consumer perception of the quality of the goods and services marketed under the INTEL mark, and places Intel's valuable reputation and goodwill in the hands of Defendant, over whom Intel has no control.

31.     The aforementioned activities of Defendant have caused confusion and are likely to cause further confusion, or to cause mistake, or to deceive consumers or potential consumers wishing to purchase Intel's products and services.

32.     The aforementioned acts of Defendant constitute federal trademark infringement in violation of 15 U.S.C. § 1114.

33.     The intentional nature of the aforementioned acts of Defendant makes this an exceptional case pursuant to 15 U.S.C. § 1117(a).

34.     Intel has been, is now, and will be irreparably injured and damaged by Defendant's trademark infringement insofar as the public has been and/or is deceived into

believing that the services marketed by Defendant are connected with, sponsored by, affiliated with, or related to Intel.

35. Defendant's conduct has damaged Intel and will, unless enjoined by the Court, further impair the value of Intel's name, reputation, and goodwill. This harm constitutes an injury for which Intel has no adequate remedy at law.

**SECOND CAUSE OF ACTION**
(False Designation of Origin Under Section 43(a)
of the Lanham Act, 15 U.S.C. § 1125(a))

36. Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1 through 35 of this Complaint.

37. Defendant's unauthorized use of the INTEL CONTRACTING Mark in connection with the distribution or sale of its services falsely suggests that these services are connected with, sponsored by, affiliated with, or related to Intel.

38. Defendant's unauthorized use of the INTEL CONTRACTING Mark constitutes a false designation of origin in violation of 15 U.S.C. § 1125(a).

39. The intentional nature of the aforementioned acts of Defendant makes this an exceptional case pursuant to 15 U.S.C. § 1117(a).

40. Intel has been, is now, and will likely be irreparably injured and damaged by Defendant's false designation of origin and/or false description insofar as the public

27

has been and/or is induced to believe that Defendant's services are connected with, sponsored by, affiliated with, or related to Intel.

41.     Defendant's conduct has damaged Intel and will, unless enjoined by the Court, further impair the value of Intel's name, reputation, and goodwill. This harm constitutes an injury for which Intel has no adequate remedy at law.

### THIRD CAUSE OF ACTION
(Trademark Dilution Under the
Federal Trademark Dilution Act, 15 U.S.C. § 1125(c))

42.     Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 41 of this Complaint.

43.     The INTEL mark is world-renowned. It is a famous mark that is widely recognized by consumers, businesses and industry, and that identifies the products and services of Intel in the minds of consumers. Defendant's unauthorized use of the INTEL CONTRACTING Mark began after Intel's mark had become famous.

44.     Defendant's unauthorized use of the INTEL CONTRACTING Mark in connection with the distribution or sale of its services dilutes, and will continue to dilute, the strength of the INTEL mark, which consumers, businesses and industry now associate with Intel and its products and services.

45.     Defendant's unauthorized use of the INTEL CONTRACTING Mark has, and will continue to have, an adverse effect upon the value and distinctive quality of the

28

INTEL mark. Defendant's acts blur and whittle away at the distinctiveness and identity-evoking quality of the INTEL mark.

46. Defendant's acts dilute the value of Intel's goodwill in connection with the INTEL mark and destroy the exclusive association between Intel and its INTEL and INTEL composite marks.

47. Defendant's acts constitute trademark dilution in violation of 15 U.S.C. § 1125(c).

48. The intentional nature of Defendant's aforementioned acts makes this an exceptional case pursuant to 15 U.S.C. § 1125(c)(2) and 15 U.S.C. § 1117(a).

49. The aforementioned acts of trademark dilution have caused, and are causing, irreparable injury to Intel. Unless enjoined by this Court, Defendant will continue to dilute the value of the INTEL mark, causing further irreparable injury to Intel for which there is no adequate remedy at law.

## FOURTH CAUSE OF ACTION
(Trademark Dilution Under New York Law)

50. Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 49 of this Complaint.

51. Defendant's unauthorized use of the INTEL CONTRACTING Mark dilutes and tarnishes the famous INTEL mark and trade name, resulting in damage to

29

Intel and the substantial business and goodwill symbolized by the INTEL mark, in violation of New York General Business Law § 360-l.

52.     Defendant's wrongful acts have caused and will continue to cause Intel irreparable harm. Intel has no adequate remedy at law for Defendant's dilution.

## FIFTH CAUSE OF ACTION
(Deceptive Acts and Practices Under New York Law)

53.     Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 52 of this Complaint.

54.     Defendant's acts as described above constitute deceptive acts and practices in violation of N.Y. Gen. Bus. Law §§ 349-350.

## SIXTH CAUSE OF ACTION
(Unfair Competition Under New York Law)

55.     Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 54 of this Complaint.

56.     Defendant's acts as described above constitute unfair methods of competition in violation of N.Y. Gen. Bus. Law § 360-o.

## SEVENTH CAUSE OF ACTION
(Common Law Unfair Competition)

57.     Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 56 of this Complaint.

58.    Defendant's unauthorized use of the INTEL CONTRACTING Mark constitutes unfair competition under the common law of New York.

**WHEREFORE**, Intel prays for relief as follows:

1.    A judgment, pursuant to 28 U.S.C. § 2201, declaring that Defendant, its officers, directors, agents, servants, employees, and representatives and all other persons, firms or corporations in active concert or participation with them, be enjoined and restrained from (1) using in any manner the INTEL mark, or any name and mark that wholly incorporates the INTEL mark or is confusingly similar to or a colorable imitation of this mark, including, without limitation, the INTEL CONTRACTING Mark; (2) doing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public, or prospective customers of Intel's products or services, as to the source of the products or services offered for sale, distributed, or sold, or likely to deceive members of the public, or prospective customers, into believing that there is some connection between Defendant and Intel; and (3) committing any of the acts which will tarnish, blur, or dilute, or likely to tarnish, blur, or dilute the distinctive quality of the famous INTEL mark;

2.    A judgment ordering Defendant, pursuant to 15 U.S.C. § 1116(a), to file with this Court and serve upon Intel within thirty (30) days after entry of the injunction, a report in writing under oath setting forth in detail the manner and form in which Defendant has complied with the injunction and implemented adequate and effective means to discontinue services under the INTEL CONTRACTING Mark;

31

3.      A judgment ordering Defendant, pursuant to 15 U.S.C. § 1118, to deliver up for destruction, or to show proof of said destruction or sufficient modification to eliminate the infringing matter, all articles, packages, wrappers, products, displays, labels, signs, circulars, kits, packaging, letterheads, business cards, , promotional items, literature, sales aids, receptacles or other matter in the possession, custody, or under the control of Defendant or its agents or distributors bearing the trademark INTEL in any manner, or any mark that is confusingly similar to or a colorable imitation of this mark, including without limitation the INTEL CONTRACTING Mark, both alone and in combination with other words or terms including all plates, molds, matrices, and other means of making the same;

4.      A judgment that Defendant account for and disgorge to Intel all of the profits realized by Defendant, or others acting in concert or participating with Defendant, resulting from Defendant's acts of trademark infringement, false designation of origin, trademark dilution, deceptive trade practices, and unfair competition all relating to Defendant's use of the INTEL CONTRACTING Mark;

5.      A judgment, as to all counts, awarding compensatory and punitive damages suffered plus interest, in an amount to be determined;

6.      A judgment that Intel be awarded three times Defendant's profits from its use of the INTEL CONTRACTING Mark, or three times Intel's damages, whichever is greater, together with its reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a) and (b);

7.      A judgment that Intel recover the costs of this action plus interest;

32

8.     A judgment ordering Defendant to take all steps necessary to remove the

name "INTEL CONTRACTING," and any other of its business names that contain

"Intel," from the records of the offices of the County Clerk of Brooklyn County, New

York, the Department of State of the State of New York, and the Secretary of State of any

other state in which Defendant or its other entities are incorporated or qualified to do

business; and

9.     A judgment that Intel be granted such other and further relief as the Court

deems just and proper.

Dated: New York, New York
       June 24, 2005

                                            DEBEVOISE & PLIMPTON LLP

                                     By:    _____

                                            David H. Bernstein (DH 9564)
                                            919 Third Avenue
                                            New York, New York 10022
                                            (212) 909-6000

                                            D. Peter Harvey (pro hac vice to be filed)
                                            Harvey Siskind Jacobs LLP
                                            4 Embarcadero Center, 39th Floor
                                            San Francisco, CA 94111

                                            *Attorneys for Plaintiff*
                                            Intel Corporation

                                            33

Prior U.S. Cl.: 21

United States Patent and Trademark Office

10 Year Renewal

ʃ. No. 914,978

Registered June 15, 1971

Renewal Approved May 15, 1991

## TRADEMARK
## PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051, BY MERGER AND CHANGE OF NAME FROM INTEL CORPORATION (CALIFORNIA CORPORATION) MOUNTAIN VIEW, CA

FOR: INTEGRATED CIRCUITS, REG-ISTERS, AND SEMICONDUCTOR MEMORIES, IN CLASS 21 (INT. CL. 9).

FIRST USE 3-11-1969; IN COMMERCE 3-11-1969.

SER. NO. 72-325,488, FILED 4-24-1969.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 25, 1991.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# EXHIBIT A

Int. Cl.: 9

Prior U.S. Cl.: 26

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 938,772
Registered July 25, 1972
Renewal Term Begins July 25, 1992

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD SANTA CLARA, CA 950528119, BY MERGER AND CHANGE OF NAME FROM INTEL CORPORATION (CALIFORNIA CORPORATION) MOUNTAIN VIEW, CA

FOR: EQUIPMENT FOR THE TESTING AND PROGRAMMING OF INTEGRATED CIRCUITS, REGISTERS AND SEMICONDUCTOR MEMORIES, IN CLASS 28 (INT. CL. 9).

FIRST USE 1-15-1971; IN COMMERCE 1-15-1971.

SER. NO. 72-384,319, FILED 2-19-1971.

EXHIBIT B

Int. Cl.: 9

Prior U.S. Cl.: 21

Reg. No. 939,641

United States Patent and Trademark Office

Registered Aug. 1, 1972

10 Year Renewal

Renewal Term Begins Aug. 1, 1992

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119, BY MERGER AND CHANGE OF NAME FROM INTEL CORPORATION (CALIFORNIA CORPORATION) MOUNTAIN VIEW, CA

FOR: INTEGRATED CIRCUITS, REGISTERS AND SEMICONDUCTOR MEMORIES, IN CLASS 21 (INT. CL. 9).

FIRST USE 3-11-1969; IN COMMERCE 3-11-1969.

SER. NO. 72-384,320, FILED 2-19-1971.

## EXHIBIT C

Prior U.S. Cl.:   , 26

# United States Patent Office

Reg. No. 1,022,563
Registered Oct. 14, 1975

## TRADEMARK
Principal Register

## INTEL

Intel Corporation (California corporation)
3065 Bowers Ave.
Santa Clara, Calif.  95051

For: MICROCOMPUTERS, MICROCONTROLLERS
AND MICROPROCESSORS, in CLASS 9 (U.S. CLS.
21 and 26).

First use July 6, 1971; in commerce July 6, 1971.
Owner of Reg. Nos. 938,772, 997,021, and others.

Ser. No. 35,122, filed Oct. 21, 1974.

B. C. WASHINGTON, Examiner

# EXHIBIT D

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,171,778

Registered July 7, 1998

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950521119

FOR: COMPUTER OPERATING SYSTEM SOFTWARE; COMPUTER OPERATING PROGRAMS; COMPUTER SYSTEM EXTENSIONS, TOOLS AND UTILITIES IN THE FIELD OF APPLICATION SOFTWARE FOR CONNECTING PERSONAL COMPUTERS, NETWORKS, TELECOMMUNICATIONS APPARATUS AND GLOBAL COMPUTER NETWORK APPLICATIONS; AUDIO AND VIDEO GRAPHICS FOR REAL TIME INFORMATION AND IMAGE TRANSFER, TRANSMISSION, RECEPTION, PROCESSING AND DIGITIZING; COMPUTER FIRMWARE; COMPUTER HARDWARE; COMPUTER PERIPHERALS; INTEGRATED CIRCUITS; INTEGRATED CIRCUIT CHIPS; SEMICONDUCTOR PROCESSORS; SEMICONDUCTOR PROCESSOR CHIPS; MICROPROCESSORS; PRINTED CIRCUIT BOARDS; ELECTRONIC CIRCUIT BOARDS; COMPUTER MEMORY DEVICES; SEMICONDUCTOR MEMORY DEVICES; VIDEO CIRCUIT BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-VIDEO CIRCUIT BOARDS; VIDEO ORAPHIC ACCELERATORS; MULTIMEDIA ACCELERATORS; VIDEO PROCESSORS; FAX/MODEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE TRANSMISSION AND RECEIPT OF FACSIMILES; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF LOCAL AND WIDE AREA COMPUTER NETWORKS; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF INTERACTIVE AUDIO-VIDEO COMPUTER CONFERENCE SYSTEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE RECEIPT, DISPLAY, AND USE OF BROADCAST VIDEO, AUDIO, AND DIGITAL DATA SIGNALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-6-1971; IN COMMERCE 7-6-1971.

OWNER OF U.S. REG. NOS. 938,772, 9,149,978, AND OTHERS.

SN 75-160,106, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

## EXHIBIT E

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 2,446,693
Registered Apr. 24, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE; SOFTWARE FOR USE IN OPERATING AND MAINTAINING COMPUTER SYSTEMS; SEMICONDUCTORS; MICROPROCESSORS; INTEGRATED CIRCUITS; MICROCOMPUTERS; COMPUTER CHIPSETS; COMPUTER MOTHERBOARDS AND DAUGHTERBOARDS; COMPUTER GRAPHICS BOARDS; COMPUTER NETWORKING HARDWARE; COMPUTER NETWORK ADAPTORS, SWITCHES, ROUTERS AND HUBS; COMPUTER PERIPHERALS AND ELECTRONIC APPARATUS FOR USE WITH COMPUTERS; KEYBOARDS; TRACKBALLS; COMPUTER MOUSE DEVICES; COMPUTER INPUT DEVICES; COMPUTER MONITORS; VIDEO APPARATUS; VIDEO CIRCUIT BOARDS; APPARATUS AND EQUIPMENT FOR RECORDING, PROCESSING, RECEIVING, REPRODUCING, TRANSMITTING, MODIFYING, COMPRESSING, DECOMPRESSING, BROADCASTING, MERGING AND/OR ENHANCING SOUND, VIDEO IMAGES, GRAPHICS, AND DATA; ALGORITHM SOFTWARE PROGRAMS FOR THE OPERATION AND CONTROL OF COMPUTERS; COMPUTER COMPONENT TESTING AND CALIBRATING ELECTRONIC UNITS; SET-TOP BOXES, NAMELY, ELECTRONIC CONTROL BOXES FOR THE INTERFACE AND CONTROL OF COMPUTER AND GLOBAL COMPUTER NETWORKS WITH TELEVISION AND CABLE BROADCAST EQUIPMENT, TELECONFERENCING EQUIPMENT, AND VIDEO CONFERENCING EQUIPMENT; COMPUTER PROGRAMS FOR NETWORK MANAGEMENT; COMPUTER UTILITY PROGRAMS; COMPUTER OPERATING SYSTEM SOFTWARE; COMPUTER PROGRAMS FOR RECORDING, PROCESSING, RECEIVING REPRODUCING, TRANSMITTING, MODIFYING, COMPRESSING, DECOMPRESSING, BROADCASTING, MERGING, AND/OR ENHANCING SOUND, VIDEO, IMAGES, GRAPHICS, AND DATA; COMPUTER PROGRAMS FOR WEB PAGE DESIGN; COMPUTER PROGRAMS FOR ACCESSING AND USING THE GLOBAL COMPUTER NETWORK; TELECOMMUNICATIONS APPARATUS AND INSTRUMENTS; APPARATUS AND EQUIPMENT FOR USE IN VIDEO-CONFERENCING, TELECONFERENCING, DOCUMENT EXCHANGE AND EDITING; CAMERAS AND DIGITAL CAMERAS FOR USE WITH COMPUTERS; HEADSETS FOR USE WITH COMPUTERS, COMPUTER SOFTWARE, TELECONFERENCING EQUIPMENT AND VIDEO CONFERENCING EQUIPMENT; PARTS, FITTINGS, AND TESTING APPARATUS FOR ALL THE AFORESAID GOODS; AND USER MANUALS FOR USE WITH, AND SOLD AS A UNIT WITH, ALL THE AFORESAID GOODS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-0-1971; IN COMMERCE 7-0-1971.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563, AND OTHERS.

SN 75-412,493, FILED 12-31-1997.

TERESA M. RUPP, EXAMINING ATTORNEY

## EXHIBIT F

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 2,462,327
Registered June 19, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PHOTOGRAPHIC EQUIPMENT, NAMELY, DIGITAL CAMERAS AND PC CAMERAS; COMPUTER HARDWARE FOR USE IN IMAGING AND PHOTOGRAPHIC APPLICATIONS; COMPUTER SOFTWARE FOR USE IN IMAGING AND PHOTOGRAPHIC APPLICATIONS, NAMELY, ORGANIZING AND MANIPULATING IMAGES AND CAPTURING, RETRIEVING, STORING AND MAILING IMAGES VIA INTERCONNECTED COMPUTER NETWORKS; PHOTO DISCS, NAMELY, CD ROMS FOR USE IN STORING PHOTOGRAPHIC IMAGES; CD ROMS FOR IMAGING AND PHOTOGRAPHIC APPLICATIONS, NAMELY, ORGANIZING AND MANIPULATING IMAGES AND

CAPTURING, RETRIEVING, STORING AND MAILING IMAGES VIA INTERCONNECTED COMPUTER NETWORKS; IMAGING SENSORS; INTERACTIVE MULTIMEDIA COMPUTER GAME PROGRAMS; INTERACTIVE VIDEO GAME PROGRAMS; INTERACTIVE VIDEO GAMES OF VIRTUAL REALITY COMPRISED OF COMPUTER HARDWARE AND SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-1-1991; IN COMMERCE 12-1-1991.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778, AND OTHERS.

SN 75-607,823, FILED 12-18-1998.

BRETT J. GOLDEN, EXAMINING ATTORNEY

## EXHIBIT G

Int. Cls.: 37, 41, and 42

Prior U.S. Cls.: 100, 101, 103, 106, and 107

## United States Patent and Trademark Office

Reg. No. 2,585,551
Registered June 25, 2002

### SERVICE MARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER HARDWARE INSTALLATION
AND REPAIR SERVICES; MAINTENANCE OF
HARDWARE FOR LOCAL AND WIDE AREA COM-
PUTER NETWORKS; MAINTENANCE OF HARD-
WARE FOR INTERACTIVE AUDIO-VIDEO
COMPUTER CONFERENCE SYSTEMS; MAINTE-
NANCE FOR HARDWARE FOR RECEIPT, DIS-
PLAY AND USE OF BROADCAST VIDEO, AUDIO,
AND DIGITAL DATA SIGNALS; MAINTENANCE
OF HARDWARE FOR INTERACTIVE AND NON-
INTERACTIVE WEB PAGES FOR THE GLOBAL
COMPUTER NETWORK FOR OTHERS, IN CLASS
37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 2-0-2000; IN COMMERCE 2-0-2000.

FOR: EDUCATION AND ENTERTAINMENT
SERVICES, NAMELY, ARRANGING AND CON-
DUCTING EDUCATIONAL CONFERENCES AND
SEMINARS IN THE FIELDS OF COMPUTERS,
TELECOMMUNICATIONS, AND COMPUTER NET-
WORKING, AND DISTRIBUTING COURSE MATE-
RIALS IN CONNECTION THEREWITH;
DEVELOPMENT, PUBLISHING AND DISSEMINA-
TION OF EDUCATIONAL MATERIALS IN THE
FIELDS OF COMPUTERS, TELECOMMUNICA-
TIONS AND COMPUTER NETWORKING FOR
OTHERS; INTERACTIVE AND NON-INTERACTIVE
COMPUTER EDUCATION TRAINING SERVICES;
PROVIDING INFORMATION VIA GLOBAL COM-
PUTER NETWORK IN THE FIELDS OF EDUCA-
TION AND ENTERTAINMENT; PROVISION OF
INTERACTIVE AND NON-INTERACTIVE ELEC-
TRONIC INFORMATION SERVICES IN THE
FIELDS OF EDUCATION AND ENTERTAINMENT,
IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-0-1997; IN COMMERCE 7-0-1997.

FOR: COMPUTER SERVICES, NAMELY, COM-
PUTER DIAGNOSTIC SERVICES; MAINTENANCE
AND UPDATING OF COMPUTER SOFTWARE;
PROVIDING OTHERS WITH ACCESS TO INTER-
ACTIVE AND NON-INTERACTIVE BROADCAST
VIDEO, AUDIO AND DIGITAL DATA SIGNALS;
PROVISION OF INTERACTIVE AND NON-INTER-
ACTIVE ELECTRONIC INFORMATION SERVICES
ON A WIDE VARIETY OF TOPICS; DEVELOPMENT
OF LOCAL AND WIDE AREA COMPUTER NET-
WORKS FOR OTHERS; DEVELOPMENT OF
AUDIO-VIDEO COMPUTER CONFERENCE SYS-
TEMS FOR OTHERS; DEVELOPMENT OF COMPU-
TER HARDWARE AND SOFTWARE FOR THE
RECEIPT, DISPLAY AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIGNALS
FOR OTHERS; LEASING ACCESS TIME TO COM-
PUTER DATA BASES IN THE NATURE OF COM-
PUTER BULLETIN BOARDS IN A WIDE VARIETY
OF FIELDS; COMPUTER WEB SITE DESIGN SER-
VICES; COMPUTER SOFTWARE DESIGN FOR
OTHERS; DEVELOPMENT OF INTERACTIVE
AND NON-INTERACTIVE WEB PAGES FOR THE
GLOBAL COMPUTER NETWORK FOR OTHERS;
COMPUTER PROGRAMMING SERVICES; PROVID-
ING ON-LINE NEWSPAPERS, MAGAZINES, IN-
STRUCTIONAL MANUALS IN THE FIELDS OF
TECHNOLOGY, ENTERTAINMENT, EDUCATION
AND BUSINESS; DEVELOPMENT, MAINTE-
NANCE, AND PROVISION OF INTERACTIVE
AND NON-INTERACTIVE ELECTRONIC BULLE-
TIN BOARDS SERVICES IN THE FIELDS OF EN-
TERTAINMENT AND EDUCATION, IN CLASS 42
(U.S. CLS. 100 AND 101).

FIRST USE 9-28-1999; IN COMMERCE 9-28-1999.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-163,576, FILED 9-10-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

## EXHIBIT H

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

United States Patent and Trademark Office

Reg. No. 2,365,149

Registered July 4, 2000

## SERVICE MARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: FINANCING SERVICES, IN CLASS 36 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 6–0–1998; IN COMMERCE 6–0–1998.
OWNER OF U.S. REG. NOS. 938,772, 1,725,692,
AND OTHERS.

SN 75–507,332, FILED 6–23–1998.

SOPHIA S. KIM, EXAMINING ATTORNEY

## EXHIBIT I

Int. Cls.: 35 and 42

Prior U.S. Cls.: 100, 101, and 102

Reg. No. 2,444,762

**United States Patent and Trademark Office**    Registered Apr. 17, 2001

## SERVICE MARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: LEASING OF OFFICE EQUIPMENT, IN
CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-0-1998; IN COMMERCE 6-0-1998.

FOR: LEASING OF COMPUTER EQUIPMENT,
NAMELY, COMPUTERS, COMPUTER HARD-
WARE, PERIPHERALS, COMPUTER COMPO-
NENTS, COMPUTER SOFTWARE, COMPUTER
PRINTERS, AND LEASING OF OFFICE FURNI-
TURE, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 6-0-1998; IN COMMERCE 6-0-1998.

OWNER OF U.S. REG. NOS. 938,722, 1,725,692,
AND OTHERS.

SN 75-507,442, FILED 6-23-1998.

PAUL F. GAST, EXAMINING ATTORNEY

EXHIBIT J

Int. CL: 16

Prior U.S. CL: 38

United States Patent and Trademark Office

Reg. No. 1,573,324
Registered Dec. 26, 1989

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (CALIFORNIA CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: PRINTED MATERIAL, NAMELY,
TECHNICAL MANUALS, PAMPHLETS, USER
AND PRODUCT MANUALS, ALL OF WHICH
RELATE TO THE FIELD OF INFORMATION
AND DATA TECHNOLOGY AND SEMICON-
DUCTOR DEVICES, IN CLASS 16 (U.S. CL. 38).
FIRST USE 8-1-1973; IN COMMERCE
8-1-1973.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563
AND OTHERS.

SER. NO. 73-794,951, FILED 4-21-1989.

HENRY S. ZAK, EXAMINING ATTORNEY

EXHIBIT K

Int. Cls.: 6, 14, 16, 20, 21 and 28

Prior U.S. Cls.: 2, 13, 22, 25, 27, 37, 38 and 44

# United States Patent and Trademark Office

Reg. No. 1,723,243
Registered Oct. 13, 1992

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: METAL KEY RINGS, IN CLASS 6 (U.S.
CLS. 13 AND 25).
FIRST USE 10-16-1990; IN COMMERCE
10-16-1990.
FOR: WATCHES, IN CLASS 14 (U.S. CL. 27).
FIRST USE 10-15-1990; IN COMMERCE
10-15-1990.
FOR: NOTE PAPER, NOTE CARDS, POST-
ERS, MICROPROCESSOR CHIP, DIE PLOT
PRINTS AS ART PRINTS, PENCILS, BALL
POINT PENS, INK PENS AND STATIONERY
FOLDERS, IN CLASS 16 (U.S. CLS. 37 AND 38).
FIRST USE 10-22-1990; IN COMMERCE
10-22-1990.

FOR: PLASTIC KEY CHAIN TAGS, IN
CLASS 20 (U.S. CLS. 13 AND 25).
FIRST USE 10-19-1990; IN COMMERCE
10-19-1990.
FOR: MUGS AND WATER BOTTLES SOLD
EMPTY, IN CLASS 21 (U.S. CLS. 2 AND 44).
FIRST USE 10-1-1990; IN COMMERCE
10-1-1990.
FOR: JIGSAW PUZZLES, GOLF BALLS,
GOLF TEES AND GOLF BALL MARKERS, IN
CLASS 28 (U.S. CL. 22).
FIRST USE 9-27-1990; IN COMMERCE
9-27-1990.
OWNER OF U.S. REG. NOS. 914,978, 1,573,324
AND OTHERS.

SER. NO. 74-225,623, FILED 11-25-1991.

KATHERINE STOIDES, EXAMINING ATTOR-
NEY

**EXHIBIT L**

Int. Cls.: 18, 2    id 25

Prior U.S. Cls.: 3, 39 and 42

## United States Patent and Trademark Office

Reg. No. 1,725,692
Registered Oct. 20, 1992

## TRADEMARK
## PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: ALL PURPOSE SPORT BAGS, GYM
BAGS AND CARRY-ON BAGS, IN CLASS 18
(U.S. CL. 3).
FIRST USE 10-12-1990; IN COMMERCE
10-12-1990.
FOR: TOWELS, IN CLASS 24 (U.S. CL. 42).
FIRST USE 10-27-1990; IN COMMERCE
10-27-1990.

FOR: CLOTHING; NAMELY, T-SHIRTS, COV-
ERALLS, SHIRTS AND CAPS, IN CLASS 25
(U.S. CL. 39).
FIRST USE 10-1-1990; IN COMMERCE
10-1-1990.
OWNER OF U.S. REG. NOS. 914,978, 1,573,324
AND OTHERS.

SER. NO. 74-225,506, FILED 11-25-1991.

KATHERINE STOIDES, EXAMINING ATTOR-
NEY

# EXHIBIT M

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

## United States Patent and Trademark Office

Reg. No. 2,194,121
Registered Oct. 6, 1998

### TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052-8119

FOR: PRINTED MATERIALS, NAMELY,
BOOKS, MAGAZINES, NEWSLETTERS, JOUR-
NALS, OPERATING MANUALS, USERS
GUIDES, PAMPHLETS, AND BROCHURES
ABOUT, FOR USE WITH AND DIRECTED TO
USERS OF, COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS;
COMPUTER SYSTEM TOOLS; COMPUTER
SYSTEM UTILITIES; COMPUTER APPLICA-
TION SOFTWARE; COMPUTER FIRMWARE;
COMPUTER HARDWARE; COMPUTER PE-
RIPHERALS; COMPUTER COMPONENTS; IN-
TEGRATED CIRCUITS; INTEGRATED CIR-
CUIT CHIPS; SEMICONDUCTOR PROCES-
SORS; SEMICONDUCTOR PROCESSOR CHIPS;
MICROPROCESSORS; PRINTED CIRCUIT
BOARDS; ELECTRONIC CIRCUIT BOARDS;
COMPUTER MEMORY DEVICES; SEMICON-
DUCTOR MEMORY DEVICES; VIDEO CIR-
CUIT BOARDS; AUDIO CIRCUIT BOARDS;
AUDIO-VIDEO CIRCUIT BOARDS; VIDEO
GRAPHIC ACCELERATORS; MULTIMEDIA

ACCELERATORS; VIDEO PROCESSORS; FAX/
MODEMS; COMPUTER HARDWARE AND
SOFTWARE FOR THE TRANSMISSION AND
RECEIPT OF FACSIMILES; COMPUTER
HARDWARE AND SOFTWARE FOR THE DE-
VELOPMENT, MAINTENANCE, AND USE OF
LOCAL AND WIDE AREA COMPUTER NET-
WORKS; COMPUTER HARDWARE AND SOFT-
WARE FOR THE DEVELOPMENT, MAINTE-
NANCE, AND USE OF INTERACTIVE AUDIO-
VIDEO COMPUTER CONFERENCE SYSTEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE RECEIPT, DISPLAY, AND USE OF
BROADCAST VIDEO, AUDIO, AND DIGITAL
DATA SIGNALS; AND COMPUTER HARD-
WARE AND SOFTWARE FOR DEVELOP-
MENT, TESTING, PROGRAMMING, AND PRO-
DUCTION OF HARDWARE AND SOFTWARE,
IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38,
AND 50).

FIRST USE 3-0-1969; IN COMMERCE
3-0-1969.

OWNER OF U.S. REG. NOS. 1,573,324,
1,723,243, AND OTHERS.

SN 75-160,105, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

## EXHIBIT N

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

United States Patent and Trademark Office

Reg. No. 2,251,962
Registered June 8, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: CLOCKS, BELT BUCKLES, JEWELRY,
CHARMS, CUFF LINKS, EARRINGS, KEY
CHAINS, NECKLACES, BRACELETS, NECK-
TIE FASTENERS, LAPEL PINS, MONEY CLIP,

PENDANTS, PIGGY BANKS, TIE PINS, TRO-
PHIES AND WATCHES, IN CLASS 14 (U.S. CLS.
2, 27, 28 AND 50).
FIRST USE 10-0-1990; IN COMMERCE
10-19-1990.

SN 75-371,526, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

EXHIBIT O

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

United States Patent and Trademark Office

Reg. No. 2,251,961
Registered June 8, 1999

## TRADEMARK
## PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: BINDERS, BOOKENDS, BOXES FOR
PENS, CALENDARS, TABLETS, NOTE CARDS
AND PLAYING CARDS, SELF-ADHESIVE
PADS, DESK PADS, AND CALENDAR PADS,
PENS, PENCILS, FOLDERS, PAPERWEIGHTS,

PEN AND PENCIL HOLDERS, PHOTOGRAPH
STANDS, RULERS, ERASERS, MARKERS,
DESK SETS, DESK ORGANIZERS, IN CLASS
16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 10-0-1990; IN COMMERCE
10-0-1990.

SN 75-371,525, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

EXHIBIT P

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

United States Patent and Trademark Office

Reg. No. 2,250,491
Registered June 1, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TRAVEL BAGS, LUGGAGE, SCHOOL
BAGS, BACK PACKS, BEACH BAGS, DUFFEL
BAGS, FANNY PACKS, UMBRELLAS, IN
CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10-0-1993; IN COMMERCE
10-0-1993.

OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-371,363, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

**EXHIBIT Q**

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 2,254,525
Registered June 15, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: T-SHIRTS, SHIRTS, BEACHWEAR,
LOUNGEWEAR, SWEATERS, SWEATSHIRTS,
SWEAT SUITS, COVERALLS, JACKETS, TIES,
HEADWEAR, CARDIGANS, GYM SUITS,
HATS, JOGGING SUITS, NECKTIES, POLO

SHIRTS, SCARVES, INFANT ROMPERS, IN
CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 10-0-1990; IN COMMERCE
10-0-1990.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-974,308, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

EXHIBIT R

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

## United States Patent and Trademark Office

Reg. No. 2,261,531
Registered July 13, 1999

## TRADEMARK
## PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TOYS, NAMELY, STUFFED TOYS,
TOYS, PLUSH TOYS, DOLLS, BEAN BAGS,
GAMES, NAMELY, BOARD GAMES, STAND
ALONE VIDEO GAMES, AND CHRISTMAS
TREE ORNAMENTS, IN CLASS 28 (U.S. CLS.
22, 23, 38 AND 50).

FIRST USE 9-0-1990; IN COMMERCE
9-0-1990.

SN 75-349,837, FILED 9-2-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

**EXHIBIT S**

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

## United States Patent and Trademark Office

Reg. No. 2,276,580

Registered Sep. 7, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: MUGS, SPORTS BOTTLES, IN CLASS
21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-0-1993; IN COMMERCE
12-0-1993.
OWNER OF U.S. REG. NOS. 1,723,242,
1,725,692, AND OTHERS.

SN 75-371,362, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

**EXHIBIT T**

Int. Cl.: 9

Prior U.S. Cl.: 26

United States Patent and Trademark Office

Reg. No. 1,702,463
Registered July 21, 1992

## TRADEMARK
## PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: MICROPROCESSORS, IN CLASS 9 (U.S.
CL. 26).
FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 74-159,672, FILED 4-22-1991.

TODD BRAVERMAN, EXAMINING ATTOR-
NEY

## EXHIBIT U

Int. Cl.: 9

Prior U.S. Cl.: 26

# United States Patent and Trademark Office

Reg. No. 1,705,796
Registered Aug. 4, 1992

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
.RATION)
3065 BOWERS AVENUE
SANTA CLARA. CA 95051

FOR: MICROPROCESSORS, IN CLASS 9 (U.S.
CL. 26).

FIRST    USE    1-0-1992;   IN   COMMERCE
1-0-1992.
OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 74-159,673, FILED 4-22-1991.

GLENN CLARK, EXAMINING ATTORNEY

**EXHIBIT V**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,179,209

Registered Aug. 4, 1998

## TRADEMARK
### PRINCIPAL REGISTER

# INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119 INTEL CORPORATION (DELAWARE CORPORATION)

2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER OPERATING SYSTEM SOFTWARE; COMPUTER OPERATING PROGRAMS; COMPUTER SYSTEM EXTENSIONS, TOOLS AND UTILITIES IN THE FIELD OF APPLICATION SOFTWARE FOR CONNECTING PERSONAL COMPUTERS, NETWORKS, TELECOMMUNICATIONS APPARATUS AND GLOBAL COMPUTER NETWORK APPLICATIONS; AUDIO AND VIDEO GRAPHICS FOR REAL TIME INFORMATION AND IMAGE TRANSFER, TRANSMISSION, RECEPTION, PROCESSING AND DIGITIZING; COMPUTER FIRMWARE; COMPUTER HARDWARE; COMPUTER PERIPHERALS; INTEGRATED CIRCUITS; INTEGRATED CIRCUIT CHIPS; SEMICONDUCTOR PROCESSORS; SEMICONDUCTOR PROCESSOR CHIPS; MICROPROCESSORS; PRINTED CIRCUIT BOARDS; ELECTRONIC CIRCUIT BOARDS; COMPUTER MEMORY DEVICES; SEMICONDUCTOR MEMORY DEVICES; VIDEO CIRCUIT BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC ACCELERATORS; MULTIMEDIA ACCELERATORS; VIDEO PROCESSORS; FAX/MODEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE TRANSMISSION AND RECEIPT OF FACSIMILES; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF LOCAL AND WIDE AREA COMPUTER NETWORKS; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF INTERACTIVE AUDIO-VIDEO COMPUTER CONFERENCE SYSTEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE RECEIPT, DISPLAY, AND USE OF BROADCAST VIDEO, AUDIO, AND DIGITAL DATA SIGNALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-0-1992; IN COMMERCE 1-0-1992.

OWNER OF U.S. REG. NOS. 1,702,463 AND 1,705,796.

SN 75-160,103, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 2,188,280
Registered Sep. 8, 1998

TRADEMARK
PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950524119

FOR: COMPUTER OPERATING SYSTEM
SOFTWARE, COMPUTER OPERATING PRO-
GRAMS, COMPUTER SYSTEM EXTENSIONS,
TOOLS AND UTILITIES IN THE FIELD OF
APPLICATION SOFTWARE FOR CONNECT-
ING PERSONAL COMPUTERS, NETWORKS,
TELECOMMUNICATIONS APPARATUS AND
GLOBAL COMPUTER NETWORK APPLICA-
TIONS, AUDIO AND VIDEO GRAPHICS FOR
REAL TIME INFORMATION AND IMAGE
TRANSFER, TRANSMISSION, RECEPTION,
PROCESSING AND DIGITIZING, COMPUTER
FIRMWARE, COMPUTER HARDWARE, COM-
PUTER PERIPHERALS, INTEGRATED CIR-
CUITS, INTEGRATED CIRCUIT CHIPS, SEMI-
CONDUCTOR PROCESSORS, SEMICONDUC-
TOR PROCESSOR CHIPS, MICROPROCES-
SORS, PRINTED CIRCUIT BOARDS, ELEC-
TRONIC CIRCUIT BOARDS, COMPUTER
MEMORY DEVICES, SEMICONDUCTOR

MEMORY DEVICES, VIDEO CIRCUIT
BOARDS, AUDIO CIRCUIT BOARDS, AUDIO-
VIDEO CIRCUIT BOARDS, VIDEO GRAPHIC
ACCELERATORS, MULTIMEDIA ACCELERA-
TORS, VIDEO PROCESSORS, FAX/MODEMS,
COMPUTER HARDWARE AND SOFTWARE
FOR THE TRANSMISSION AND RECEIPT OF
FACSIMILES, COMPUTER HARDWARE AND
SOFTWARE FOR THE DEVELOPMENT,
MAINTENANCE AND USE OF LOCAL AND
WIDE AREA COMPUTER NETWORKS; COM-
PUTER HARDWARE AND SOFTWARE FOR
THE DEVELOPMENT, MAINTENANCE AND
USE OF INTERACTIVE AUDIO-VIDEO COM-
PUTER CONFERENCE SYSTEMS; COMPUTER
HARDWARE AND SOFTWARE FOR THE RE-
CEIPT, DISPLAY, AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIG-
NALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 1-9-1992; IN COMMERCE
1-9-1992.

OWNER OF U.S. REG. NOS. 1,702,463 AND
1,705,796.

SN 75-168,100, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

EXHIBIT X

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,451,273
Registered May 15, 2001

## TRADEMARK
## PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
SOFTWARE FOR USE IN OPERATING AND MAIN-
TAINING COMPUTER SYSTEMS; SEMICONDUC-
TORS; MICROPROCESSORS; INTEGRATED
CIRCUITS; MICROCOMPUTERS; COMPUTER
CHIPSETS; COMPUTER MOTHERBOARDS AND
DAUGHTERBOARDS; COMPUTER GRAPHICS
BOARDS; COMPUTER PERIPHERALS AND ELEC-
TRONIC APPARATUS FOR USE WITH COMPU-
TERS; KEYBOARDS; TRACKBALLS; COMPUTER
MOUSE DEVICES; COMPUTER INPUT DEVICES;
COMPUTER MONITORS; VIDEO APPARATUS; VI-
DEO CIRCUIT BOARDS; APPARATUS AND EQUIP-
MENT FOR RECORDING, PROCESSING,
RECEIVING, REPRODUCING, TRANSMITTING,
MODIFYING, COMPRESSING, DECOMPRESSING,
BROADCASTING, MERGING AND/OR ENHAN-
CING SOUND, VIDEO IMAGES, GRAPHICS, AND
DATA; COMPUTER UTILITY PROGRAMS; COM-

PUTER OPERATING SYSTEM SOFTWARE; COM-
PUTER PROGRAMS FOR RECORDING
PROCESSING, RECEIVING, REPRODUCING,
TRANSMITTING, MODIFYING, COMPRESSING,
DECOMPRESSING, BROADCASTING, MERGING,
AND/OR ENHANCING SOUND, VIDEO, IMAGES,
GRAPHICS, AND DATA; COMPUTER PROGRAMS
FOR WEB PAGE DESIGN; COMPUTER PROGRAMS
FOR ACCESSING AND USING A GLOBAL COM-
PUTER NETWORK; AND USER MANUALS FOR
USE WITH, AND SOLD AS A UNIT WITH, ALL THE
AFORESAID GOODS, IN CLASS 9 (U.S. CLS. 21, 23,
26, 36 AND 38).

FIRST USE 1-0-1992; IN COMMERCE 1-0-1992.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-412,489, FILED 12-31-1992.

TERESA M. RUPP, EXAMINING ATTORNEY

EXHIBIT Y

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

Reg. No. 2,198,880

United States Patent and Trademark Office    Registered Oct. 20, 1998

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PRINTED MATERIALS, NAMELY,
BOOKS, MAGAZINES, NEWSLETTERS, JOUR-
NALS, OPERATING MANUALS, USERS
GUIDES, PAMPHLETS, AND BROCHURES
ABOUT, FOR USE WITH, AND DIRECTED TO
USERS OF, COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS;
COMPUTER SYSTEM TOOLS; COMPUTER
SYSTEM UTILITIES; COMPUTER APPLICA-
TION SOFTWARE; COMPUTER FIRMWARE;
COMPUTER HARDWARE; COMPUTER PE-
RIPHERALS; COMPUTER COMPONENTS; IN-
TEGRATED CIRCUITS; INTEGRATED CIR-
CUIT CHIPS; SEMICONDUCTOR PROCES-
SORS; SEMICONDUCTOR PROCESSOR CHIPS;
MICROPROCESSORS; PRINTED CIRCUIT
BOARDS; ELECTRONIC CIRCUIT BOARDS;
COMPUTER MEMORY DEVICES; SEMICON-
DUCTOR MEMORY DEVICES; VIDEO CIR-
CUIT BOARDS; AUDIO CIRCUIT BOARDS;
AUDIO-VIDEO CIRCUIT BOARDS; VIDEO
GRAPHIC ACCELERATORS; MULTIMEDIA

ACCELERATORS; VIDEO PROCESSORS; FAX/
MODEMS; COMPUTER HARDWARE AND
SOFTWARE FOR THE TRANSMISSION AND
RECEIPT OF FACSIMILES; COMPUTER
HARDWARE AND SOFTWARE FOR THE DE-
VELOPMENT, MAINTENANCE, AND USE OF
LOCAL AND WIDE AREA COMPUTER NET-
WORKS; COMPUTER HARDWARE AND SOFT-
WARE FOR THE DEVELOPMENT, MAINTE-
NANCE, AND USE OF INTERACTIVE AUDIO-
VIDEO COMPUTER CONFERENCE SYSTEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE RECEIPT, DISPLAY, AND USE OF
BROADCAST VIDEO, AUDIO, AND DIGITAL
DATA SIGNALS; AND COMPUTER HARD-
WARE AND SOFTWARE FOR DEVELOP-
MENT, TESTING, PROGRAMMING, AND PRO-
DUCTION OF HARDWARE AND SOFTWARE,
IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38,
AND 50).

FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.

OWNER OF U.S. REG. NOS. 1,573,324,
1,723,243, AND OTHERS.

SN 75-160,102, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

EXHIBIT Z

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

Reg. No. 2,250,492

## United States Patent and Trademark Office

Registered June 1, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TRAVEL BAGS, LUGGAGE, SCHOOL
BAGS, BACK PACKS, BEACH BAGS, DUFFEL
BAGS, FANNY PACKS, IN CLASS 18 (U.S. CLS.
1, 2, 3, 22 AND 41).

FIRST   USE   12-0-1993;   IN   COMMERCE
12-0-1993.

OWNER   OF   U.S.   REG.   NOS.   1,723,243,
1,725,692, AND OTHERS.

SN 75-371,541, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

EXHIBIT AA

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,261,580

Registered July 13, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TOYS, NAMELY, STUFFED TOYS,
PLUSH TOYS, DOLLS, BEAN BAGS, GAMES,
NAMELY, BOARD GAMES, STAND ALONE
VIDEO GAMES, AND CHRISTMAS ORNA-
MENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND
50).

FIRST USE 10-0-1995; IN COMMERCE
10-0-1995.

SN 75-371,544, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

**EXHIBIT BB**

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

Reg. No. 2,256,061

**United States Patent and Trademark Office**     Registered June 22, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: MUGS, SPORTS BOTTLES, IN CLASS
21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-0-1993; IN COMMERCE
12-0-1993.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-371,546, FILED 10-40-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

**EXHIBIT CC**

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,252,046
Registered June 8, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: T-SHIRTS, SHIRTS, BEACHWEAR,
LOUNGEWEAR, SWEATSHIRTS, SWEAT
SUITS, COVERALLS, JACKETS, TIES, HEAD-
WEAR, CARDIGANS, GYM SUITS, HATS, JOG-
GING SUITS, NECKTIES, POLO SHIRTS,

INFANT ROMPERS, IN CLASS 25 (U.S. CLS. 22
AND 39).
FIRST USE 12–0–1993; IN COMMERCE
12–0–1993.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75–978,306, FILED 10–10–1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

**EXHIBIT DD**

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

Reg. No. 2,289,657

## United States Patent and Trademark Office

Registered Oct. 26, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: BINDERS, BOXES FOR PENS, TAB-
LETS, NOTE CARDS AND PLAYING CARDS,
SELF-ADHESIVE PADS, DESK PADS, AND
CALENDAR PADS, PENS, PENCILS, FOLD-
ERS, PHOTOGRAPH STANDS, RULERS,

MARKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23,
29, 37, 38 AND 50).
FIRST USE 12-0-1993; IN COMMERCE
12-0-1993.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-978,352, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

EXHIBIT EE

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

## United States Patent and Trademark Office

Reg. No. 2,289,658

Registered Oct. 26, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: CLOCKS, JEWELRY, CHARMS, CUFF
LINKS, EARRINGS, KEY CHAINS, NECK-
LACES, BRACELETS, NECKTIE FASTENERS,
LAPEL PINS, MONEY CLIPS, PENDANTS, TIE

SLIDES, AND WATCHES, IN CLASS 14 (U.S.
CLS. 2, 27, 28 AND 50).

FIRST USE 4-0-1995; IN COMMERCE
4-0-1995.

SN 75-978,429, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

## EXHIBIT FF

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,547,565
Registered Mar. 12, 2002

## SERVICE MARK
## PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER-RELATED AND COMMUNICATIONS-RELATED SERVICES, NAMELY, SUPPORT AND CONSULTING SERVICES FOR COMPUTER-RELATED AND COMMUNICATIONS-RELATED GOODS; PROVIDING INFORMATION IN THE FIELD OF COMPUTER TECHNOLOGY VIA THE GLOBAL COMPUTER NETWORK; PROVIDING ON-LINE PUBLICATIONS, NAMELY, BOOKS, BROCHURES, WHITE PAPERS, CATALOGS AND PAMPHLETS IN THE FIELDS OF COMPUTER AND INFORMATION TECHNOLOGY; DESIGNING AND DEVELOPING STANDARDS FOR OTHERS IN THE DESIGN AND IMPLEMENTATION OF COMPUTER SOFTWARE, COMPUTER HARDWARE AND TELECOMMUNICATIONS EQUIPMENT; COMPUTER SOFTWARE, COMPUTER HARDWARE AND NETWORK DESIGN SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 1-0-1994; IN COMMERCE 1-0-1994.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563, AND OTHERS.

SN 75-412,488, FILED 12-31-1997.

PATRICIA HORRALL, EXAMINING ATTORNEY

**EXHIBIT GG**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 2,448,044
Registered May 1, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL STRATAFLASH

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTER HARDWARE, SEMICONDUC-
TOR DEVICES, COMPUTER MEMORY DEVICES,
SOLID STATE MEMORY DEVICES, FLASH MEM-
ORY DEVICES, SINGLE CELL TRANSISTOR MEM-
ORIES, NON-VOLATILE MEMORY COMPONENTS,
RANDOM ACCESS MEMORY DEVICES, FLASH
MEMORY COMPONENTS, MULTI-LEVEL CELL

FLASH MEMORY COMPONENTS, SINGULAR
AND MULTIPLE BIT PER CELL MEMORY DEVI-
CES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-19-1997; IN COMMERCE 9-19-1997.

OWNER OF U.S. REG. NOS. 938,772, 1,022,363,
AND OTHERS.

SN 75-326,640, FILED 7-18-1997.

TERESA M. RUPP, EXAMINING ATTORNEY

EXHIBIT HH

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 2,155,197
Registered May 5, 1998

## TRADEMARK
## PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER HARDWARE, NAMELY,
MICROPROCESSORS, IN CLASS 9 (U.S. CLS. 21,
23, 26, 36 AND 38).

FIRST USE 5-0-1993; IN COMMERCE
5-0-1993.

OWNER OF U.S. REG. NOS. 1,202,463,
1,705,796, AND 1,941,172.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "PROCESSOR", APART FROM
THE MARK AS SHOWN.

SN 74-716,065, FILED 8-8-1995.

K. MARGARET LE, EXAMINING ATTORNEY

EXHIBIT II

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

United States Patent and Trademark Office

Reg. No. 2,497,572
Registered Oct. 16, 2001

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL SPEEDSTEP

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528199

FOR: COMPUTER HARDWARE MICROPROCESSORS, INTEGRATED CIRCUITS, AND SEMICONDUCTORS; MOBILE COMPUTERS; COMPUTER HARDWARE, COMPUTER SOFTWARE, COMPUTER OPERATING SYSTEMS, AND APPLICATION SPECIFIC INTEGRATED CIRCUITS ALL TO ENABLE AUTOMATIC TRANSITIONING BETWEEN LEVELS OF VOLTAGE AND FREQUENCY PERFORMANCE OF THE COMPUTER PROCESSOR AND COMPUTER SYSTEM, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. 39929800.209, FILED 5-22-1999, REG. NO. 39929800, DATED 11-18-1999, EXPIRES 5-31-2009.

SER. NO. 75-772,621, FILED 8-10-1999.

MICHAEL WEBSTER, EXAMINING ATTORNEY

EXHIBIT JJ

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,594,850
Registered July 16, 2002

### TRADEMARK
### PRINCIPAL REGISTER

## INTEL XEON

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
COMPUTER WORKSTATIONS; NAMELY PROCES-
SORS, CENTRAL PROCESSING UNITS, COMPU-
TER MONITORS, COMPUTER KEYBOARDS,
COMPUTER PERIPHERALS, COMPUTER PRIN-
TERS; NOTEBOOK AND LAPTOP COMPUTERS;
PORTABLE COMPUTERS; MICROCOMPUTERS;
COMPUTER SERVERS; NETWORK SERVERS;
COMPUTER FIRMWARE, NAMELY COMPUTER
OPERATING SYSTEM SOFTWARE, COMPUTER
UTILITY SOFTWARE AND OTHER COMPUTER
SOFTWARE USED TO MAINTAIN AND OPERATE
COMPUTER SYSTEM ALL STORED IN A COMPU-
TER'S READ-ONLY MEMORY, ROM, OR ELSE-
WHERE IN THE COMPUTER'S CIRCUITRY;
SEMICONDUCTORS; MICROPROCESSORS; INTE-
GRATED CIRCUITS; MICROCOMPUTERS; COM-
PUTER CHIPSETS; COMPUTER MOTHERBOARDS
AND DAUGHTERBOARDS; COMPUTER GRA-
PHICS BOARDS; COMPUTER AND TELECOMMU-
NICATIONS NETWORKING HARDWARE,
NAMELY; COMPUTER NETWORK ADAPTERS,
SWITCHES, ROUTERS AND HUBS; COMPUTER
PERIPHERALS; COMPUTER KEYBOARDS; COM-
PUTER MOUSE DEVICES, NAMELY, COMPUTER
MICE, TRACKBALLS, COMPUTER JOYSTICKS,
AND COMPUTER TOUCHPADS; COMPUTER
AND VIDEO MONITORS; VIDEO CIRCUIT
BOARDS; COMPUTER HARDWARE AND SOFT-
WARE FOR RECORDING, PROCESSING, RECEIV-
ING, REPRODUCING, TRANSMITTING,
MODIFYING, COMPRESSING, DECOMPRESSING,
BROADCASTING, MERGING AND/OR ENHAN-
CING SOUND, VIDEO IMAGES, GRAPHICS, AND

DATA; COMPUTER SOFTWARE AND PROGRAMS,
NAMELY, ALGORITHMS FOR THE COMPRES-
SION AND DECOMPRESSION OF DATA; COMPU-
TER COMPONENT TESTING AND CALIBRATING
APPARATUS; SET-TOP BOXES; COMPUTER PRO-
GRAMS FOR NETWORK MANAGEMENT; COM-
PUTER UTILITY PROGRAMS; COMPUTER
OPERATING SYSTEM SOFTWARE; COMPUTER
PROGRAMS FOR RECORDING, PROCESSING, RE-
CEIVING, REPRODUCING, TRANSMITTING,
MODIFYING, COMPRESSING, DECOMPRESSING,
BROADCASTING, MERGING, AND/OR ENHAN-
CING SOUND, VIDEO, IMAGES GRAPHICS, AND
DATA; COMPUTER PROGRAMS FOR WEB PAGE
DESIGN; COMPUTER PROGRAMS FOR ACCES-
SING AND BROWSING A GLOBAL COMPUTER
NETWORK AND INTERCONNECTED COMPUTER
NETWORKS; COMPUTER HARDWARE AND
SOFTWARE FOR USE IN VIDEO CONFERENCING,
TELECONFERENCING, DOCUMENT EXCHANGE
AND EDITING, AND SOFTWARE FOR ACCESSING
AND TRANSMITTING INFORMATION VIA
CABLE, RADIO, MICROWAVE AND/OR SATEL-
LITE SYSTEMS; DIGITAL AND PC CAMERAS;
HEADSETS; PARTS, FITTINGS, AND TESTING
APPARATUS FOR ALL THE AFORESAID GOODS;
AND USER MANUALS FOR USE WITH, AND SOLD
AS A UNIT WITH, ALL THE AFORESAID GOODS,
IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-30-2001; IN COMMERCE 9-30-2001.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-738,459, FILED 6-28-1999.

MICHAEL WEBSTER, EXAMINING ATTORNEY

## EXHIBIT KK

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

**Reg. No. 2,594,849**
Registered July 16, 2002

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL INSIDE XEON

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
COMPUTER WORKSTATIONS, NAMELY, PROCES-
SORS, CENTRAL PROCESSING UNITS, COMPU-
TER MONITORS, COMPUTER KEYBOARDS,
COMPUTER PERIPHERALS, COMPUTER PRIN-
TERS; NOTEBOOK AND LAPTOP COMPUTERS;
PORTABLE COMPUTERS; MICROCOMPUTERS;
COMPUTER SERVERS; NETWORK SERVERS;
COMPUTER FIRMWARE, NAMELY, COMPUTER
OPERATING SYSTEM SOFTWARE, COMPUTER
UTILITY SOFTWARE AND OTHER COMPUTER
SOFTWARE USED TO MAINTAIN AND OPERATE
COMPUTER SYSTEM ALL STORED IN A COMPU-
TER'S READ-ONLY MEMORY- ROM- OR ELSE-
WHERE IN THE COMPUTER'S CIRCUITRY;
SEMICONDUCTORS; MICROPROCESSORS; INTE-
GRATED CIRCUITS; MICROCOMPUTERS; COM-
PUTER CHIPSETS; COMPUTER MOTHERBOARDS
AND DAUGHTERBOARDS; COMPUTER GRA-
PHICS BOARDS; COMPUTER AND TELECOMMU-
NICATIONS NETWORKING HARDWARE,
NAMELY, COMPUTER NETWORK ADAPTERS,
SWITCHES, ROUTERS AND HUBS; COMPUTER
PERIPHERALS; COMPUTER KEYBOARDS, COM-
PUTER MOUSE DEVICES, NAMELY, COMPUTER
MICE, TRACKBALLS, COMPUTER JOYSTICKS
AND COMPUTER TOUCHPADS; COMPUTER
AND VIDEO MONITORS; VIDEO CIRCUIT
BOARDS; COMPUTER HARDWARE AND SOFT-
WARE FOR RECORDING, PROCESSING, RECEIV-
ING, REPRODUCING, TRANSMITTING,
MODIFYING, COMPRESSING, DECOMPRESSING,
BROADCASTING, MERGING AND ENHANCING
SOUND, VIDEO IMAGES, GRAPHICS, AND DATA;

COMPUTER SOFTWARE AND PROGRAMS,
NAMELY, ALGORITHMS, FOR THE COMPRES-
SION AND DECOMPRESSION OF DATA; COMPU-
TER COMPONENT TESTING AND CALIBRATING
APPARATUS; SET-TOP BOXES; COMPUTER PRO-
GRAMS FOR NETWORK MANAGEMENT; COM-
PUTER UTILITY PROGRAMS; COMPUTER
OPERATING SYSTEM SOFTWARE; COMPUTER
PROGRAMS FOR RECORDING, PROCESSING, RE-
CEIVING, REPRODUCING, TRANSMITTING,
MODIFYING, COMPRESSING, DECOMPRESSING,
BROADCASTING, MERGING, AND ENHANCING
SOUND, VIDEO, IMAGES, GRAPHICS, AND DATA;
COMPUTER PROGRAMS FOR WEB PAGE DESIGN;
COMPUTER PROGRAMS FOR ACCESSING AND
BROWSING THE GLOBAL COMPUTER NETWORK
AND INTERCONNECTED COMPUTER NET-
WORKS; COMPUTER HARDWARE AND SOFT-
WARE FOR USE IN VIDEO CONFERENCING,
TELECONFERENCING, DOCUMENT EXCHANGE
AND EDITING, AND SOFTWARE FOR ACCESSING
AND TRANSMITTING INFORMATION VIA
CABLE, RADIO, MICROWAVE AND SATELLITE
SYSTEMS; DIGITAL AND PC CAMERAS; HEAD-
SETS; PARTS, FITTINGS, AND TESTING APPARA-
TUS FOR ALL THE AFORESAID GOODS ; AND
USER MANUALS SOLD AS A UNIT THEREWITH,
IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-30-2001; IN COMMERCE 9-30-2001.

OWNER OF U.S. REG. NOS. 914,978, 1,705,796,
AND OTHERS.

SN 75-738,458, FILED 6-28-1999.

MICHAEL WEBSTER, EXAMINING ATTORNEY

EXHIBIT LL

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,377,327
Registered Aug. 15, 2000

## TRADEMARK
## PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER HARDWARE, INCLUDING IN-
TEGRATED CIRCUITS, MICROPROCESSORS, AND
OTHER SEMICONDUCTOR DEVICES; COMPUTERS;
COMPUTER WORKSTATIONS; NOTEBOOK AND
LAPTOP COMPUTERS; PORTABLE COMPUTERS;

MICROCOMPUTERS; SERVERS, IN CLASS 9 (U.S.
CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-0-1999; IN COMMERCE 2-0-1999.

OWNER OF U.S. REG. NOS. 1,702,463, 2,188,280
AND OTHERS.

SER. NO. 75-746,763, FILED 7-8-1999.

F. D. CARMINE, EXAMINING ATTORNEY

**EXHIBIT MM**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,756,697
Registered Aug. 26, 2003

### TRADEMARK
### PRINCIPAL REGISTER

## INTEL XSCALE

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: MICROPROCESSORS, INTEGRATED CIR-
CUITS, AND SEMICONDUCTORS; DATA PROCES-
SING EQUIPMENT, NAMELY, COMPUTERS,
COMPUTER MONITORS, KEYBOARDS, COMPU-
TER MICE, AND MODEMS; HANDHELD COMPU-
TERS; MICROCOMPUTERS; PERSONAL DIGITAL
ASSISTANTS; CELLULAR TELEPHONES; PORTA-
BLE AND HANDHELD PERSONAL ORGANIZERS;
COMPUTER HARDWARE; COMPUTER SOFT-
WARE, NAMELY, COMPUTER UTILITY PRO-
GRAMS, COMPUTER PROGRAMS FOR
NETWORK MANAGEMENT, COMPUTER SOFT-
WARE FOR ACCESSING A GLOBAL COMPUTER
NETWORK AND INTERCONNECTED COMPUTER
NETWORKS; COMPUTER OPERATING SYSTEMS;
COMPUTER PERIPHERALS; WIRELESS AND RE-
MOTE COMPUTER PERIPHERALS; WEB APPLIAN-

CES, NAMELY, SET-TOP BOXES, COMPUTER
SERVERS, TELECOMMUNICATIONS SERVERS,
DATA AND TELECOMMUNICATIONS SIGNAL
TRANSMISSION INTERFACE DEVICES FOR AC-
CESSING A GLOBAL COMPUTER AND FOR COM-
MUNICATIONS NETWORK, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FIRST USE 8-23-2000; IN COMMERCE 9-27-2000.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30009966.5,
FILED 2-10-2000, DATED 0-0-0000.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 76-106,896, FILED 8-9-2000.

TRICIA THOMPKINS, EXAMINING ATTORNEY

Int. Cls.: 9 and 42

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, and 101

**United States Patent and Trademark Office**

Reg. No. 2,784,975

Registered Nov. 18, 2003

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

## INTEL NETMERGE

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER SOFTWARE, NAMELY, COMPUTER MIDDLE WARE AND TELECOMMUNICATIONS SOFTWARE FOR PROVIDING STANDARD INTERFACES FOR VOICE, VIDEO, AUDIO, AND NETWORK APPLICATIONS, FACSIMILE ROUTING, VIDEOCONFERENCING, SWITCHING AND SPEECH FUNCTIONALITY AND TO ALLOW FOR STANDARD INTERFACES WITH HARDWARE; AND COMPUTER SOFTWARE FOR USE IN FACILITATING NETWORK COMMUNICATIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-1-2001; IN COMMERCE 10-1-2001.

FOR: COMPUTER CONSULTATION SERVICES AND CUSTOM COMPUTER SOFTWARE DEVELOPMENT SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 10-1-2001; IN COMMERCE 10-1-2001.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. 30100042.5/0, FILED 1-2-2001, DATED 0-0-0000.

OWNER OF U.S. REG. NOS. 914,978, 2,462,327, AND OTHERS.

SN 78-071,556, FILED 6-28-2001.

LAURA KOVALSKY, EXAMINING ATTORNEY

**EXHIBIT OO**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 2,869,653
Registered Aug. 3, 2004

### TRADEMARK
### PRINCIPAL REGISTER

## INTEL NETSTRUCTURE

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: NETWORKING SOFTWARE DESIGNED TO PROCESS HOST MEDIA TASKS ON SERVERS; SWITCHES; ROUTERS; MEZZANINE CARDS; PROCESSOR BOARDS; VPN GATEWAYS; PBX INTEGRATION BOARDS; COMPUTER HARDWARE AND SOFTWARE TO TRANSLATE CALL AND CONNECTION CONTROL SIGNALS; SWITCHING HARDWARE DESIGNED TO ROUTE CALLS FROM ONE NETWORK RESOURCE TO ANOTHER; XML ACCELERATORS; NETWORKING HARDWARE FOR MANAGING TRAFFIC AND LOAD BALANCING FOR WEBSITES AND E-COMMERCE SITES, AND ACCELERATING TRANSACTIONS; VOICE OVER IP (VOIP) INTERFACE BOARD; CIRCUIT BOARDS; COMPUTER SOFTWARE FOR PROVIDING NETWORK ACCESS; COMPUTER HARDWARE FOR WIRELESS APPLICATIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-0-2000; IN COMMERCE 2-0-2000.

SER. NO. 78-284,090, FILED 8-6-2003.

MARGERY A. TIERNEY, EXAMINING ATTORNEY

**EXHIBIT PP**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,724,913
Registered June 10, 2003

## TRADEMARK
## PRINCIPAL REGISTER

### INTEL NETBURST

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
INTEGRATED CIRCUITS; MICROPROCESSORS;
SEMICONDUCTORS; COMPUTER PERIPHERALS;
WEB APPLIANCES, NAMELY, PERSONAL DIGI-
TAL ASSISTANTS, WEB-TABLETS, WEBPADS, AND

COMPUTER PERIPHERALS, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FIRST USE 11-11-2000; IN COMMERCE 11-11-2000.

SN 76-068,772, FILED 6-13-2000.

SUSAN STIGLITZ, EXAMINING ATTORNEY

**EXHIBIT QQ**