ORIGINAL

IN CLERK'S
U.S. DIST...
CLERK, U.S. DISTRICT COURT
E.D.N.Y.

David H. Bernstein (DB 9564)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

Attorneys for Plaintiff Intel Corporation

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

INTEL CORPORATION,

        Plaintiff,

        v.

MOHAMMED A. SHAFIQ, doing business as INTEL CONTRACTING CO.,

        Defendant.

------------------------------------------------------------ x

05-CV-3043 (DLI)

**ADMISSION TO PRACTICE PRO HAC VICE**

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney, D. Peter Harvey, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

21980666v1

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: 7/12/05

So Ordered
Kiyo A. Matsumoto
U.S. Magistrate Judge

cc: D. Peter Harvey, Esq., Harvey Siskind Jacobs LLP
David H. Bernstein, Esq., Debevoise & Plimpton LLP
Court File